# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITHY BIN,<br>        Petitioner,<br>v.<br>RICK M. HILL,<br>        Respondent. | Case No.: 1:11-cv-01724-LJO-JLT<br><br>ORDER REQUIRING RESPONDENT TO LODGE DOCUMENTS WITH COURT<br><br>THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## PROCEDURAL HISTORY

    The instant petition was filed on October 17, 2011. (Doc. 1). On January 18, 2012, Respondent filed the Answer. (Doc. 12). Petitioner filed a Traverse on March 19, 2012. (Doc. 15). The matter is now ready for decision. However, the Court notes that no state court record has been lodged with the Clerk of the Court despite the fact that the Answer repeatedly refers to both the Clerk's Transcript on Appeal and the Reporter's Transcript on Appeal. Moreover, the Answer itself indicates that the record in this case consists of no less than seventeen lodged documents, including, inter alia, four volumes of Clerk's Transcript and eight Volumes of Reporter's Transcript. (Doc. 12, pp. 10-11). To date, no such documents have been lodged with the Court.

    As mentioned, the matter is ready for a decision on the merits. Since the Court cannot proceed without the lodged documents referred to in the Answer, Respondent will be ordered to lodge the

documents referred to in the Answer within 30 days of the date of service of this order.

**ORDER**

  For the foregoing reasons, it is HEREBY ORDERED that Respondent SHALL LODGE the state court record referred to in the Answer within 30 days of the date of service of this order.

IT IS SO ORDERED.

  Dated:  **January 21, 2014**      **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE