# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITHY BIN,<br><br>           Petitioner,<br><br>      v.<br><br>RICK M. HILL,<br><br>           Respondent. | Case No.: 1:11-cv-01724-LJO-JLT<br><br>ORDER GRANTING PETITIONER'S MOTION FOR IN FORMA PAUPERIS STATUS ON APPEAL (Docs. 26 & 27) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 13, 2014, the Court entered judgment against Petitioner and denied the petition on its merits. (Doc. 23). On June 27, 2014, Petitioner filed two motions to proceed on appeal *in forma pauperis*, and included a statement regarding Petitioner's lack of financial resources. (Docs. 26 & 27). Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

1

Dated: __October 2, 2014__      /s/ **Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE